**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000273
12-MAY-2023
08:25 AM
Dkt. 44 OAWST**

NO. CAAP-22-0000273

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

QUEEN EMMA-PRINCE TOWER, LLC, Plaintiff-Appellant, v.
KALO STUDENT SUITES, LLC, Defendant-Appellee, and JOHN DOES 1-10;
DOE CORPORATIONS 1-10; DOE ENTITIES 1-10, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-190002330)

ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By: Ginoza, Chief Judge, Wadsworth and Chan, JJ.)

Upon consideration of the Stipulation For Dismissal of Appeal With Prejudice (Stipulation), filed April 3, 2023, by Plaintiff-Appellant Queen Emma-Prince Tower, LLC, the papers in support, and the record, it appears that: (1) the appeal has been docketed and the filing fees have been paid; (2) the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs; (3) the stipulation is dated and signed by counsel for all appearing parties; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs on appeal.

DATED: Honolulu, Hawaiʻi, May 12, 2023.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge